# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Raevaughn Canady       )
_____ )  Case Number: _3:21-CV-01537-NJR_
_____ )           *(Clerk's Office will provide)*
_____ )
    *Plaintiff(s)/Petitioner(s)* )
           v.           )   ☐ CIVIL RIGHTS COMPLAINT
                       )   pursuant to 42 U.S.C. §1983 (State Prisoner)
D. Sproul, Byram, and )   ☒ CIVIL RIGHTS COMPLAINT
Other unknown named    )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Agents of the Federal Bureau )   ☐ CIVIL COMPLAINT
of Prisons.             )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
    *Defendant(s)/Respondent(s)* )   §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:** Raevaughn Canady

A.    Plaintiff's mailing address, register number, and present place of confinement.

Raevaughn Canady, # 73096-061
USP Marion
P.O. Box 1000
Marion, IL 62959

**Defendant #1:**

B.    Defendant _D. Sproul_ is employed as
          (a)    (Name of First Defendant)

_Warden of USP Marion_
    (b)    (Position/Title)

with _Federal Bureau of Prisons, 4500_
    (c)    (Employer's Name and Address)

_Prison Road, Marion, Illinois 62959_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes    ☐ No

If your answer is YES, briefly explain: USP Marion is a federal penitentiary. As the warden of USP Marion, D. Sproul is a federal employee.

Rev. 7/20/18                                1

**Defendant #2:**

C.    Defendant _Byram_ is employed as

(Name of Second Defendant)

_Unit Manager at USP Marion_

(Position/Title)

with _Federal Bureau of Prisons, 4500_

(Employer's Name and Address)

_Prison Road, Marion, Illinois 62959_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: _USP Marion is a federal penitentiary. As a Unit Manager at USP Marion, Byram is a federal employee._

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

_The unknown Agents of the Federal Bureau of Prisons Consists of USP Marion employees that Caused, Contributed to, and deliberately did not take Corrective Measures respecting the Conditions and Circumstances giving rise to this Complaint. All defendants herein are being Sued in their individual Capacities._

Rev. 7/20/18                                    2

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits: *No previous lawsuits.*
Plaintiff(s):

Defendant(s): *None.*

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7.    Approximate date of filing lawsuit:

8.  Approximate date of disposition:

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A.  Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?                                              ☒ Yes    ☐ No

C.  If your answer is YES,
    1.  What steps did you take?  *Filed a BP-8, BP-9 and BP-10 and BP-11.*

    2.  What was the result?  *Denial of Relief.*

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                              ☐ Yes    ☐ No

F.  If your answer is YES,
    1.  What steps did you take?

    2.  What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

The Copies previously maintained by the Plaintiff in his files were misplaced by USP Marion Staff when they took possession of the plaintiff's property during plaintiff's absence from the prison to undergo an emergency medical procedure. And putative Staff are refusing to provide replacement Copies.

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On April 1, 2020 having been advised by the medical community that the deadly Coronavirus is rapidly transmissible, and even more so in densely populated areas such as prisons, the defendants named herein refused to reduce the population density of USP Marion and continues to force the plaintiff to live in a three man cell that was designed for only one inmate. Additionally, the plaintiff is afflicted by several pre-existing medical conditions that the medical community advises places the plaintiff in the high risk category for death were he to become infected with COVID-19: Heart Disease, Liver Disease, Hypertension and Hyperlipedemia. Furthermore, on December 26 and 28, 2021, the plaintiff advised defendants Spruel and Byram of his medical vulnerability to COVID-19, and that the three man ("one" man) cells increases the likelihood of him contracting the disease exponentially. Hence plaintiff begged to be moved out of the three man cell. And complained that USP Marion staff were refusing to wear face masks, as well as cleaning materials for cleaning the cells. Nothing was done despite defendant's herein knowledge that at least two USP Marion inmates had already died from COVID-19 related deaths. On January 11, 2022 an outbreak of COVID-19 occurred in the plaintiff's housing unit. The defendants herein allowed the infected inmate to remain in the unit. The inherent violation of the 8th Amend. is obvious.

Rev. 7/20/18                                6

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

$ 10,000,000.

VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    5-27-2022
                   (date)

_Rae Vaughn Canady_
Signature of Plaintiff

U.S.P. MARioN/4500 PRisoN RD
Street Address

RAE VAuqhN CANADY
Printed Name

MARioN, IL 62959
City, State, Zip

73096-061
Prisoner Register Number

Signature of Attorney (if any)

Rev. 7/20/18                                    7

RaeVaughn Canady 73096-061

U.S.P. Marion

4500 Prison Rd

Marion, Illinois 62959



Clerk

United States District Court

750 Missouri Ave

East St. Louis, Illinois 62201

✦ LEGAL MAIL ✦



Warden
United States Penitentiary
Marion, IL 62959
Date: JUN-0-1-2022

The enclosed letter was processed through
special mailing procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction,
you may wish to return the material for
further information on clarification.
If the writer encloses correspondence for
forwarding to another address, please return
to enclosure to the above address.

RECEIVED
JUN 0 6 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE